IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> INTERNATIONAL MODULAR § <br> & PANEL BUILDING SYSTEMS, INC § <br> a/k/a INTERNATIONAL BUILDING § <br> SYSTEMS, a/k/a IBS § <br> § <br> Debtor. § <br> § | CAUSE NO. 06-34568 <br> (Chapter 7) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Camille Tankersley of Christian, Smith & Jewell, L.L.P., 2302 Fannin, Suite 500, Houston, Texas 77002 represents creditors Shelly Fowler, Individually and as Next Friend of Kelsey Fowler, a minor child, Belinda Hathaway, Individually and as Next Friend of Destinee Hathaway, a Minor child, and Daniel Hathaway in this bankruptcy case and hereby gives notice of appearance by and through the undersigned counsel appearing on their behalf and respectfully requests that all notices given or required to be served in this proceeding, whether transmitted or conveyed by mail, facsimile, email, telephone or otherwise, also be served on counsel as follows:

Camille M. Tankersley
**CHRISTIAN, SMITH & JEWELL, L.L.P.**
2302 Fannin, Suite 500
Houston, Texas 77002
Telephone: 713-659-7617
Facsimile: 713-659-7641
**cmt@csj-law.com**

Shelly Fowler, Individually and as Next Friend of Kelsey Fowler, a minor child, Belinda Hathaway, Individually and as Next Friend of Destinee Hathaway, a Minor child, and Daniel Hathaway additionally request that the Debtor and the Clerk of the Court place the name and address

of the above-identified counsel on any mailing matrix to be prepared or existing in the above-numbered bankruptcy case.

Respectfully submitted,

**CHRISTIAN, SMITH & JEWELL, L.L.P.**

By: _[signature]_
CAMILLE MORRIS TANKERSLEY
State Bar No. 24004828
2302 Fannin, Suite 500
Houston, Texas 77002
Telephone: (713) 659-7617
Facsimile: (713) 659-7641
cmt@csj-law.com

**ATTORNEY FOR CREDITORS
SHELLY FOWLER, BELINDA HATHAWAY
AND DANIEL HATHAWAY**

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was served by electronic and/or First Class U.S. Mail, postage prepaid, on the debtor, the Chapter 7 Trustee, the U.S. Trustee, all parties requesting notice and other parties as the court directs, on this the 13th day of September, 2006.

International Modular & Panel
7150 Almeda Genoa Road
Houston, Texas 77075

Joan Kehihof
Wist Holland & Kehlhof, LLP
720 N. Post Oak Rd., Ste 610
Houston, Texas 77024

Charles W. Lyman
Giessel, Barker & Lyman
1221 McKinney Suite 3600
Houston, Texas 77010-2419
713-652-2419 fax

David J. Askanase, Ch. 7 Trustee
Hughes Watters and Askanase LLP
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002

US Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

_____
CAMILLE TANKERSLEY