IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  06-34568-H5-7 |
| | § | |
| International Modular & Panel | § | (Chapter 7) |
| Building Systems, Inc., | § | |
| | § | |
| Debtor | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY OF THE COURT
UNDER 11 U.S.C. §347(b)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** David Askanase, Trustee and files this Motion to Pay Funds into the Registry of the Court under 11 U.S.C. §347(b) and would show unto the Court as follows:

The undersigned Trustee reports the following:

_____  1.   The dividend(s) payable to the creditor(s) listed on Exhibit "A" attached hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

   X    2.   More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditor listed on **Exhibit "A"** attached hereto remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b), the undersigned Trustee requests authorization to pay small and/or unclaimed funds in the total amount shown on **Exhibit "A"** attached hereto for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

                Respectfully submitted,

BY:  */s/ David Askanase*
       David Askanase, Trustee
       SBN 01390000
       Three Allen Center
       333 Clay Street, 29th Floor
       Houston, Texas  77002
       (713) 759-0818 Telephone
       (713) 759-6834 Facsimile
       Email:  daskanase@hwa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas  77002 on this the 27th  day of August, 2014.

                */s/ David Askanase*
                David Askanase, Trustee

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____        Small Dividends

\_\_X\_\_        Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| Republic Waste Systems<br>c/o Melissa Robinson<br>P. O. Box 9001813<br>Louisville, Kentucky  40290-1813 | 47 | $  108.56 |
| Texas Alliance Medical Group<br>c/o Kevin R. Michaels, PC<br>11767 Katy Freeway, Suite 730<br>Houston, Texas  77094 | 66 | $  12.77 |
| Consolidated Electrical Distributors, Inc.<br>c/o David Wuebbin, Division Credit Manager<br>9800 Northwest Freeway, Suite 501<br>Houston, Texas  77092-8834 | 31 | $  1,734.39 |
| FedEx Customer Information Services<br>c/o Valerie Eason, Treasury Agent<br>200 Corporate Avenue, 2nd Floor<br>Memphis, Tennessee  38132 | 01 | $  5.21 |
| GSSI Sealants<br>c/o Luis Pena, President<br>P. O. Box 840717<br>Dallas, Texas  75284-0717 | 32 | $  18.66 |
| TelWest Communication<br>P. O. Box 94400<br>Seattle, Washington  98124 | 04 | $  67.15 |
| Jarvis International Freight, Inc.<br>14550 Torrey Chase Boulevard, Suite 245<br>Houston, Texas  77014 | 08 | $  1,843.77 |
|  | TOTAL | $  3,790.51 |