# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-34568-H5-7 √√ |
| | § | |
| INTERNATIONAL MODULAR & | § | |
| PANEL BUILDING SYSTEMS, INC. | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-34571-H5-7 |
| | § | |
| UNITED STATES MODULAR | § | |
| BUILDING CORPORATION, | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | **JOINTLY ADMINISTERED UNDER** |
| | § | **CASE NO. 06-34568-H5-7** |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David J Askanase, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

515 Rusk, Houston, TX 77002

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

**EXHIBIT A**

| | |
|---|---|
| Date Mailed: 05/27/2014 | By: /s/ *David J Askanase* |
| | David J. Askanase, Trustee |

David J Askanase, Trustee
SBN 01390000
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
daskanase@hwa.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-34568-H5-7 √√ |
| | § | |
| INTERNATIONAL MODULAR & | § | |
| PANEL BUILDING SYSTEMS, INC. | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-34571-H5-7 |
| | § | |
| UNITED STATES MODULAR | § | |
| BUILDING CORPORATION, | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | **JOINTLY ADMINISTERED UNDER** |
| | § | **CASE NO. 06-34568-H5-7** |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

*The Final Report shows receipts of*     $2,536,689.24
*and approved disbursements of*     $2,189,473.83
*leaving a balance on hand of[1]:*     $347,215.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Harris County | $0.00 | $0.00 | $32,650.00 | $0.00 |
| 14 | MEK Interiors & Floors, Inc. | $999.50 | $999.50 | $0.00 | $999.50 |

Total to be paid to secured creditors:     $999.50
Remaining balance:     $346,215.91

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The Trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| David J Askanase, Trustee Fees | $96,350.68 | $0.00 | $96,350.68 |
| David J Askanase, Trustee Expenses | $3,009.12 | $0.00 | $3,009.12 |

Total to be paid for Chapter 7 administrative expenses: $99,359.80
Remaining balance: $246,856.11

Applications for prior Chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior Chapter administrative expenses: $0.00
Remaining balance: $246,856.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $127,930.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 26A | Ray Montgomery | $4,500.00 | $0.00 | $4,500.00 |
| 40A | Internal Revenue Service | $99,394.37 | $0.00 | $99,394.37 |
| 61 | Pamela Pinder | $8,690.69 | $0.00 | $8,690.69 |
| 62A | Pamela Pinder | $12,914.67 | $0.00 | $12,914.67 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | $69.00 | $0.00 | $156.63 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | $378.53 | $0.00 | $378.53 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | $1,618.53 | $0.00 | $1,618.53 |
| | TEXAS WORKFORCE COMMISSION State Unemployment (Employer) | $364.50 | $0.00 | $704.85 |

Total to be paid to priority claims: $128,358.27
Remaining balance: $118,497.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,768,272.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid

UST Form 101-7-NFR (10/1/2010)

in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Fedex Cuatomer Information Services | $340.23 | $0.00 | $5.21 |
| 2 | Jake's Finer Foods | $110,267.52 | $0.00 | $1,688.10 |
| 4 | Tel West Communication | $4,386.43 | $0.00 | $67.15 |
| 6 | Adorn LLC | $8,642.76 | $0.00 | $132.31 |
| 8 | Jarvis International Freight, Inc. | $120,435.74 | $0.00 | $1,843.77 |
| 10 | Specialized Building Systems, Inc. | $24,910.24 | $0.00 | $381.36 |
| 11 | ACR Supply Inc | $19,217.96 | $0.00 | $294.21 |
| 12 | Texas Mutual Insurance Company | $63,639.00 | $0.00 | $974.26 |
| 13 | General Crane Service | $990.49 | $0.00 | $15.16 |
| 15 | Spain, Price, Reader & Thompson, P.C. | $1,757.09 | $0.00 | $26.90 |
| 16 | Roy Gillie | $2,625.50 | $0.00 | $40.19 |
| 17 | Bauer Visual | $390.71 | $0.00 | $5.98 |
| 18 | Gray-Chem Inc. | $36.00 | $0.00 | $0.55 |
| 19 | Advantage Interest, Inc. | $55,592.65 | $0.00 | $851.08 |
| 20 | Coastal Doors, Inc. | $25,096.00 | $0.00 | $384.20 |
| 22 | AC Plumbing Supply, Inc. | $5,834.95 | $0.00 | $89.33 |
| 23 | Texas Plumbing Supply | $794.07 | $0.00 | $12.16 |
| 24 | Southwest Galvanizing, Inc. | $1,595.65 | $0.00 | $24.43 |
| 25 | Fire Protection Service, Inc. | $1,399.45 | $0.00 | $21.42 |
| 26B | Ray Montgomery | $19,700.00 | $0.00 | $301.59 |
| 27 | Flooring Technology, Inc. | $1,416.90 | $0.00 | $21.69 |
| 28 | King Koil | $8,800.00 | $0.00 | $134.72 |
| 30 | Elliot Electric | $10,624.90 | $0.00 | $162.66 |
| 31 | Consolidated Electrical Distributors, Inc | $113,291.12 | $0.00 | $1,734.39 |
| 32 | GSSI Sealants | $1,219.20 | $0.00 | $18.66 |
| 34 | Houston Foam Plastics | $380.16 | $0.00 | $5.82 |
| 35 | Silicon Valley Shelving & Equip Co., Inc | $3,136.85 | $0.00 | $48.02 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 36 | George I. Pinder, Jr. | $35,515.00 | $0.00 | $543.71 |
| 37 | James D. Addington | $25,720.24 | $0.00 | $393.76 |
| 38 | North Shore Supply Company | $47,146.39 | $0.00 | $721.77 |
| 39 | Mohawk Industries | $29,129.58 | $0.00 | $445.95 |
| 40B | Internal Revenue Service | $1,475.77 | $0.00 | $22.60 |
| 42 | Houston North Air Conditioning, Inc. | $78,021.89 | $0.00 | $1,194.45 |
| 43 | Wist Holland & Kehlhof, LLP | $23,495.13 | $0.00 | $359.69 |
| 45 | United Welding Supplies, Inc. | $11,599.85 | $0.00 | $177.58 |
| 46 | Mar-Tex Shipping & Chartering Agency Inc | $42,953.00 | $0.00 | $657.57 |
| 47 | Republic Waste Services | $7,090.87 | $0.00 | $108.56 |
| 48 | Fabricating Equipment Co., Inc. | $344.16 | $0.00 | $5.27 |
| 49 | Marmac, LLC d/b/a McDonough Marine | $121,695.43 | $0.00 | $1,863.06 |
| 50 | Newcourt, Inc. | $4,126.15 | $0.00 | $63.17 |
| 51-2 | ExxonMobil Production Co | $644,124.82 | $0.00 | $9,861.02 |
| 52 | South Verizon Wireless | $6,453.41 | $0.00 | $98.80 |
| 54 | Baker & McKenzie | $122,130.62 | $0.00 | $1,869.72 |
| 55 | Capitol Indemnity Corporation, Surety Claim Depart | $400,000.00 | $0.00 | $6,123.67 |
| 59 | JF Moore International | $13,125.50 | $0.00 | $200.94 |
| 60 | Morgan Portable Building Contractors, Inc. | $1,400,000.00 | $0.00 | $21,432.85 |
| 62B | Pamela Pinder | $122,500.00 | $0.00 | $1,875.37 |
| 63 | IMPBS, LLC | $16,957.84 | $0.00 | $259.61 |
| 65 | Southwest Texas Distribution, Inc. | $7,311.44 | $0.00 | $111.93 |
| 66 | Kevin R. Michaels, PC | $834.00 | $0.00 | $12.77 |
| 72 | Fluor Intercontinental Fluor Federal Services | $4,000,000.00 | $0.00 | $61,236.68 |

Total to be paid to timely general unsecured claims: $118,925.82
Remaining balance: $0.00

    Tardily filed claims of general (unsecured) creditors totaling $237,865.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 67 | Donham & Williams, PLLC | $11,897.50 | $0.00 | $0.00 |
| 69 | City of Houston PWE | $59.29 | $0.00 | $0.00 |
| 71 | American Restoration, Inc. | $225,908.98 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ *David J Askanase*
David J. Askanase

David J Askanase, Trustee
SBN 01390000
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6384 Facsimile
daskanase@hwa.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)