

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/17/2014

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-34568-H5-7 |
| | § | |
| International Modular & Panel | § | (Chapter 7) |
| Building Systems, Inc., | § | |
| | § | |
| Debtor | § | |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Second Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(b), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of same Motion is not required, therefore it is

**ORDERED,** that David Askanase, Trustee, is authorized to pay the funds in the amount of $13,234.03, which is more particularly described in **Exhibit "A"** attached hereto, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court.

SIGNED this the 17th day of October, 2014.

_____
DEPUTY CLERK OF THE COURT

APPROVED:
*/s/ David Askanase\**
David Asknase, Trustee
SBN 01390000
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
daskanase@hwa.com
*\* Signed with permission*

This order is signed for the Court by the clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.
DAVID J. BRADLEY, CLERK

2890459v1:IMPB:0001

**EXHIBIT B**

227

# EXHIBIT "A"

PLEASE CHECK ONE:

_____    Small Dividends

__X__    Unclaimed Funds

| Name and Address | Claim Basis | Amount |
|---|---|---|
| James D. Addington<br>c/o Darren Rice<br>1020 Bay Area Boulevard, Suite 220<br>Houston, Texas 77058 | 37 | $ 393.76 |
| Marmac, LLC<br>c/o Louis G. Spencer<br>1515 Poydras Street, Suite 1950<br>New Orleans, Louisiana 70112 | 49 | 1,863.06 |
| ExxonMobil Production Company<br>c/o Haynes and Boone, LLP<br>1221 McKinney Street, Suite 2100<br>Houston, Texas 77010 | 51 | $ 9,861.02 |
| JF Moore International<br>8876 Gulf Freeway, Suite 350<br>Houston, Texas 77017 | 59 | $ 200.94 |
| IMPBS, LLC<br>P. O. Box 2055<br>Friendswood, Texas 77549-2055 | 63 | $ 259.61 |
| Southwest Texas Distribution, Inc.<br>c/o Law Office of Gregory Clark<br>9600 Hillcroft, Suite 200-F<br>Houston, Texas 77096 | 65 | $ 111.93 |
| George I. Pinder, Jr.<br>2122 Whatley Drive<br>Deer Park, Texas 77536-5724 | 36 | $ 543.71 |
| | TOTAL | $ 13,234.03 |

2890459v1:IMPB:0001